UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM KARTIGANER,<br><br>   Petitioner,<br><br> v.<br><br>LEAH R. HENDERSON,<br><br>   Respondent. | No. CV 07-07575 SGL (FFM)<br><br>JUDGMENT |

  Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: August 27, 2008

                 STEPHEN G. LARSON
                 United States District Judge