UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ADAM KARTIGANER,<br><br>    Petitioner,<br><br>v.<br><br>LEAH R. HENDERSON,<br><br>    Respondent. | No. CV 07-7575 JVS (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: July 29, 2011

_____
JAMES V. SELNA
United States District Judge